1  McGREGOR W. SCOTT
   United States Attorney
2  DAVID W. SPENCER
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

**FILED**

OCT 17 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                DEPUTY CLERK

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,              CASE NO.   2:19-CR-0179 KJM

12                      Plaintiff,        26 U.S.C. § 5861(d) – Possession of an Unregistered
                                          Silencer (2 Counts); 26 U.S.C. § 5872, 28 U.S.C.
13                 v.                      § 2461(c), and 49 U.S.C. § 80303 – Criminal
                                          Forfeiture
14 ALAN ALFREDO GARCIA,

15                      Defendant.

16

17                          I N D I C T M E N T

18 COUNT ONE: [26 U.S.C. § 5861(d) – Possession of an Unregistered Silencer]

19      The Grand Jury charges: T H A T

20                      ALAN ALFREDO GARCIA,

21 defendant herein, on or about May 31, 2019, in San Joaquin County, State and Eastern District of

22 California, did knowingly possess a firearm, as defined in 26 U.S.C. § 5845(a)(7), not registered to him

23 in the National Firearms Registration and Transfer Record, specifically, a silencer measuring 7 and 1/16

24 inches in length, in violation of Title 26, United States Code, Section 5861(d).

25 COUNT TWO: [26 U.S.C. § 5861(d) – Possession of an Unregistered Silencer]

26      The Grand Jury further charges: T H A T

27                      ALAN ALFREDO GARCIA,

28

INDICTMENT

1

1 | defendant herein, on or about May 31, 2019, in San Joaquin County, State and Eastern District of

2 | California, did knowingly possess a firearm, as defined in 26 U.S.C. § 5845(a)(7), not registered to him

3 | in the National Firearms Registration and Transfer Record, specifically, a silencer measuring 6 and 7/8

4 | inches in length, in violation of Title 26, United States Code, Section 5861(d).

5 | FORFEITURE ALLEGATION:   [26 U.S.C. § 5872; 28 U.S.C. § 2461(c); and 49 U.S.C. § 80303 –
Criminal Forfeiture]

6 |

7 |       1.      Upon conviction of one or more of the offenses alleged in Counts One and Two of this

8 | Indictment, defendant ALAN ALFREDO GARCIA shall forfeit to the United States pursuant to Title

9 | 26, United States Code, Section 5872, Title 28, United States Code, Section 2461(c), and Title 49,

10 | United States Code, Section 80303, any firearm involved in the commission of the offense; any

11 | property used, or intended to be used in the commission of the offense; and any aircraft, vehicle, or

12 | vessel involved in the commission of the offense.

13 |       2.      If any property subject to forfeiture, as a result of the offenses alleged in Counts One

14 | and Two of this Indictment, for which the defendant is convicted:

15 |             a.      cannot be located upon the exercise of due diligence;

16 |             b.      has been transferred or sold to, or deposited with, a third party;

17 |             c.      has been placed beyond the jurisdiction of the Court;

18 |             d.      has been substantially diminished in value; or

19 |             e.      has been commingled with other property which cannot be divided without

20 |                    difficulty;

21 | it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28,

22 | United States Code, Section 2461(c), to seek forfeiture of any other property of the defendants, up to the

23 | value of the property subject to forfeiture.

24 |                                        A TRUE BILL.

25 |

26 |                                        **/s/ Signature on file w/AUSA**

27 | McGREGOR W. SCOTT                      FOREPERSON

28 | United States Attorney

INDICTMENT                                    2

No. 2:1 9 - CR - 0 1 7 9 KJM

---

## UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

### THE UNITED STATES OF AMERICA
*vs.*

### ALAN ALFREDO GARCIA

---

## I N D I C T M E N T

**VIOLATION(S):**
26 U.S.C. § 5861(d) – Possession of an Unregistered Silencer (2 Counts);
26 U.S.C. § 5872, 28 U.S.C. § 2461(c), and 49 U.S.C. § 80303 – Criminal Forfeiture

---

*A true bill,*

**/s/ Signature on file w/AUSA**

*Foreman.*

*Filed in open court this* ____17th____ *day*

*of* __October__ , *A.D. 20* _19_

*Clerk.*

*Bail, $* _____

**NO PROCESS NECESSAR .**

16-17-19

GPO 863 525

2: 1 9 - CR - 0 1 7 9 KJM

### United States v. Garcia
### Penalties for Indictment

## COUNTS 1-2:

VIOLATION:          26 U.S.C. § 5861(d) – Possessing an Unregistered Silencer

PENALTIES:          Not more than 120 months,
                    Not more than $10,000 fine or both
                    A three-year term of Supervised Release

SPECIAL ASSESSMENT: $100 (mandatory on each count)

## FORFEITURE ALLEGATION

VIOLATION:          26 U.S.C. § 5872; 28 U.S.C. § 2461(c); and 49 U.S.C. § 80303 – Criminal
                    Forfeiture

PENALTIES:          As stated in the charging document