HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Douglas_Beevers@fd.org

Attorneys for Defendant
ALAN ALFREDO GARCIA

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 2:19-cr-179 KJM |
| | ) |
| Plaintiff, | ) **STIPULATION AND [~~PROPOSED~~] ORDER** |
| | ) **TO VACATE PRELIMINARY HEARING** |
| v. | ) **AND SET ARRAIGNMENT** |
| | ) |
| ALAN ALFREDO GARCIA, | ) Date: October 23, 2019 |
| | ) Time: 2:00 p.m. |
| Defendant. | ) Judge: Hon. Edmund F. Brennan |
| | ) |
| | ) |

Plaintiff, United States of America, by and through Assistant United States Attorney David Spencer, and Defendant Alan Garcia, through his attorneys, Federal Defender, Heather E. Williams and Assistant Federal Defender, Douglas J. Beevers, hereby stipulate to vacate the preliminary hearing set for October 23, 2019 and set the matter for arraignment on October 29, 2019, at 2:00 p.m. before the Magistrate Judge on duty.

The defendant, Alan Garcia, is released on unsecured bond for $50,000.00 (CR 8).

The parties have excluded time through October 29, 2019 under the Speedy Trial Act and submit that the ends of justice are served by the Court excluding such time, so that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO STIPULATED.

Respectfully submitted,

Dated: October 22, 2019                    HEATHER E. WILLIAMS
                                           Federal Defender

                                           */s/ Douglas J. Beevers*
                                           DOUGLAS J. BEEVERS
                                           Assistant Federal Defender
                                           Attorney for ALAN GARCIA

Dated: October 22, 2019                    MCGREGOR W. SCOTT
                                           United States Attorney

                                           */s/ David Spencer*
                                           DAVID SPENCER
                                           Assistant United States Attorney
                                           Attorney for Plaintiff


# O R D E R

GOOD CAUSE is shown that the preliminary hearing is vacated and the matter is set for

arraignment on October 29, 2019 at 2:00 p.m. before the Magistrate Judge on duty.

IT IS SO ORDERED.

Dated: October 22, 2019

HON. EDMUND F. BRENNAN
United States Magistrate Judge