McGREGOR W. SCOTT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-0179-KJM |
|---|---|
| Plaintiff, | STIPULATION TO SET PRETRIAL MOTIONS DEADLINES; ORDER |
| v. | DATE: August 31, 2020 |
| ALAN ALFREDO GARCIA, | TIME: 9:00 a.m. |
| Defendant. | COURT: Hon. Kimberly J. Mueller |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate, and request that the Court order the following deadlines for pretrial motions:

1. Defendant has expressed his desire to file pretrial motions.

2. The parties agree and stipulate that pursuant to Federal Rule of Criminal Procedure 12(c)(1), Defendant shall file all pretrial motions other than motions *in limine* no later than October 5, 2020, and request the following briefing schedule:

   a) Defendant shall file such motions no later than October 5, 2020;

   b) The government's opposition or statement of non-opposition shall be filed no later than October 26, 2020;

   c) Defendant's reply brief shall be filed no later than November 9, 2020; and

d)   The motions shall be heard, if the Court holds a hearing, on November 30, 2020.

IT IS SO STIPULATED.

Dated:  August 27, 2020                                  McGREGOR W. SCOTT
                                                         United States Attorney


                                                         /s/ DAVID W. SPENCER
                                                         DAVID W. SPENCER
                                                         Assistant United States Attorney


Dated:  August 27, 2020                                  /s/ Douglas Beevers
                                                         Douglas Beevers
                                                         Counsel for Defendant
                                                         ALAN ALFREDO GARCIA

**ORDER**

IT IS SO ORDERED this 28th day of August, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION TO SET PRETRIAL MOTIONS DEADLINES                 2