HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700
Douglas_Beevers@fd.org

Attorneys for Defendant
ALAN ALFREDO GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:19-cr-179 KJM |
| Plaintiff, | **STIPULATION AND ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE** |
| v. | |
| ALAN ALFREDO GARCIA, | |
| Defendant. | |

IT IS HEREBY STIPULATED by plaintiff, United States of America, and defendant, Alan Alfredo Garcia, that the special conditions of pretrial release ordered on September 17, 2019 (doc. 8) may be modified to add the following special conditions:

1. You must refrain from **any** use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used;

2. You must participate in the Better Choices court program and comply with all the rules and regulations of the program. You must remain in the program until released by a pretrial services officer. In accordance with this condition, you must appear before the Honorable Deborah Barnes, U.S. Magistrate Judge, as directed by Pretrial Services.

Respectfully submitted,

| | | |
|---|---|---|
| 1 | Dated: January 15, 2021 | HEATHER E. WILLIAMS |
| 2 | | Federal Defender |

*/s/ Douglas J. Beevers*
DOUGLAS J. BEEVERS
Assistant Federal Defender
Attorney for ALAN GARCIA

Dated: January 15, 2021   MCGREGOR W. SCOTT
United States Attorney

*/s/ David Spencer*
DAVID SPENCER
Assistant United States Attorney
Attorney for Plaintiff

Stipulation and Order to Modify Pretrial Release Conditions

-2-

# **O R D E R**

The amended special conditions noted above and filed with this stipulation are adopted.

IT IS SO ORDERED.

Dated: January 15, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Stipulation and Order to Modify Pretrial Release Conditions

-3-