UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

PRETRIAL SERVICES VIOLATION PETITION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>v.<br>**Alan Alfredo Garcia** | **Docket No. 2:19-CR-00179 KJM**<br>Federal Charges: 26: 5861(d) – Possession of an Unregistered Silencer (2 Counts); 26: 5872, 28:2461(c), and 49: 80303 – Criminal Forfeiture |

**COMES NOW,** Taifa M. Gaskins, Pretrial Services Officer of the Court, presenting an official report upon the conduct of Alan Alfredo Garcia, who was placed on bond by Your Honor sitting in the Court at Sacramento, California, on September 17, 2019, who imposed the following RELEVANT condition(s) of pretrial release which are at issue in this report:

**RELEVANT CONDITION(S):** 1) You must refrain from ANY use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used**;** and 2) That you shall not commit any offense in violation of federal, state or local law while on release in this case.

**ALLEGED VIOLATION CONDUCT:** On November 4, 2021, Mr. Garcia was arrested by officers from the California Highway Patrol for Driving Under the Influence of Alcohol/Drugs, and Driving Under the Influence/0.08 Percent. Mr. Garcia was released from custody the following day. His next court date in this matter is scheduled for March 3, 2022, in Stanislaus County, California.

It should be noted that Pretrial Services has requested a copy of the incident report regarding this matter; however, as of the writing of this Petition we have not yet received the report.

**PRAYING THAT THE COURT WILL ORDER** a Bail Violation hearing be scheduled for Thursday, November 18, 2021, before the Duty Magistrate Judge.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

/s/ Taifa M. Gaskins
Dated: November 15, 2021              U.S. Pretrial Services Officer

**ORDER**

☐ The Court hereby orders a bench warrant be issued for the arrest of the defendant.
☐ The Court hereby orders this ex parte motion and order be sealed.
☐ The Court orders a summons be issued with an appearance date of            .
☒ The Court hereby orders this matter placed on this court's calendar on Thursday, November 18, 2021, at 2:00 p.m., and orders the pretrial services officer to contact the defendant and/or attorney of record to advise them of said order.
☐ The Court orders no action be taken.
☐ Petition submitted by email/pdf and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1 and 4(d) before me.

/s/ Carolyn K. Delaney
Dated:  November 15, 2021              UNITED STATES MAGISTRATE JUDGE