UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

### SECOND PRETRIAL SERVICES VIOLATION PETITION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>v.<br>**Alan Alfredo Garcia** | **Docket No. 2:19-CR-00179-KJM**<br>**Federal Charges**: On March 14, 2022, the defendant entered a guilty plea to one count of Possession of an Unregistered Silencer. Sentencing is set before the Honorable Kimberly J. Mueller on August 22, 2022. |

**COMES NOW,** Beth Wetteland Pretrial Services Officer of the Court, presenting an official report upon the conduct of Alan Alfredo Garcia, who was placed on bond by the Honorable Carolyn K. Delaney sitting in the Court at Sacramento, California, on September 17, 2019, who imposed the following RELEVANT condition(s) of pretrial release which are at issue in this report:

**RELEVANT CONDITION(S):** 1. You shall not commit any offense in violation of federal, state, or local law while on release in this case. 2. You must refrain from ANY use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used.

**ALLEGED VIOLATION CONDUCT:** On July 30, 2022, at approximately 1:16am, Pretrial Services received an alert from the location monitoring agency that Mr. Garcia did not enter his residence at 1:00am. Pretrial Services contacted the defendant's mother, and she indicated she was uncertain of her son's whereabouts. Pretrial Services then checked the San Joaquin County Jail's on-line records and learned Mr. Garcia had been arrested by the Stockton Police Department for misdemeanor violations of DUI Alcohol; DUI Alcohol/0.08%; and Driving While License Suspended for Drunk Driving. Bail is set at $25,000 and his initial Court date in this matter is set for August 2, 2022, at 1:30pm.

Pretrial Services contacted the San Joaquin County Jail, and they advised the defendant will be released this morning at 6:00am.

**PRAYING THAT THE COURT WILL ORDER** that a bench warrant be issued.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

/s/ Beth Wetteland
U.S. Pretrial Services Officer

Dated: July 30, 2022

**ORDER**

☒ The Court hereby orders a bench warrant be issued for the arrest of the defendant.
☐ The Court hereby orders this ex parte motion and order be sealed.
☐ The Court orders a summons be issued with an appearance date of         .
☐ The Court hereby orders this matter placed on this court's calendar on        at Click here to enter text. p.m., and orders the Pretrial Services officer to contact the defendant and/or attorney of record to advise them of said order.
☐ The Court orders no action be taken.
☐ Petition submitted by email/pdf and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1 and 4(d) before me.

Dated: July 30, 2022

/s/ Carolyn K. Delaney
UNITED STATES MAGISTRATE JUDGE